UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:10-cr-00040-LRH-VPC |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | |
| BRIAN GARY BURKE, ) | December 9, 2010 |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Defendant Brian Gary Burke's Motion to Amend Judgment (#36) requesting that judgment be amended to allow Mr. Burke to self surrender to the designated Bureau of Prisons' facility before 2:00 pm on December 14, 2010, instead of surrendering to the U.S. Marshal.  The Government has no objection (#37).

Good cause appearing, the court GRANTS Defendant's Motion (#36) in part.  Mr. Burke shall self surrender to the designated Bureau of Prisons' facility or to the U.S. Marshal for the District of Nevada before 2:00 pm on December 14, 2010.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:          /s/
     Deputy Clerk